DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERMAINE R. RUDDICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3453

[May 12, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 501998CF001921.

Germaine R. Ruddick, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***